Dear Judge Stephanie Rose:

I've had three long years to consider my actions and my choices. There is no way I can undo the harm that I've done. No amount of talk, time or apology will ever make it okay. Nothing I say can erase the trauma and pain that I've caused, nor can it erase my shame, embarrassment and self-loathing.

I am where I am right now because of my own awful judgment and terrible actions. I've never denied that, nor placed the blame on anyone but myself. I am ashamed of my actions, myself, and the hurt I've inflicted. I've failed and hurt so many people, most importantly my victim. I failed in the promise I made to my Dad on his deathbed to take care of my mom. I failed my mom, I failed my husband, I failed my daughter. I failed to be a responsible adult. So many people put their faith and trust in me. Now I can only hope that I haven't destroyed the duration of those lives, and that I can make amends before it's too late.

I know that I have a problem and I've already taken steps to make myself a better person. Before my federal arrest, while I was out in the community on bond for state charges for my crime, I started seeing a therapist. Since there are no therapy or rehabilitation programs available to me under the custody of the Marshal's Service and Muscatine County Jail, I've been working on my own rehabilitation and recovery through guided books written by psychology professionals. I've also incorporated rehabilitation studies from profession psychology journals.

One of these books is a practical version of the twelve steps of AA. That's an important aspect for me because I've admitted to myself and to others that I am an alcoholic. One key thing that struck me is that this practical approach

is designed to help with many types of addiction. I believe my attraction to young boys qualifies as an addiction. The corrective and positive personality trait-building process that I've learned gives me even more hope that I'm on the right path and that I can realistically show that I've changed. Or at the very least show that I'm on the right path toward becoming a better person. I know I can achieve a mental place where I empirically won't be a danger to society. I already believe that in my heart, but I also see that I have a lot of work ahead of me to become a truly healthy person, because no healthy person would do what I did.

When I started my therapeutic growth and improvement, I was surprised to find I was looking forward to it. Initially I was scared because I knew I needed to change, but the idea of no longer "being me" was scary. But as I've worked through this process, I found it's not a journey of changing myself into someone else. It's about identifying the negative behaviors and traits and replacing them with positive ones. I learned that changing yourself doesn't necessarily change the core of who you are, but changes how you interact with and react to people and situations. Through all of this my spouse, my daughter and other close friends and family have stood by me. Even knowing exactly what I've done, they keep telling me that I'm a good person who did bad things and made horrible decisions, but that I'm not a bad person at heart. I want to believe that. I want it to be true. And I want to be able to show you that it's true.

We all have dark impulses every day, and most of the time we don't act on them. Someone cuts you off in traffic, angers you at work, etc. You may think "I'm gonna kill 'em" or some other errant thought, but of course you don't do that. I've lived with my attraction to young boys my entire

life, including when I was a young boy myself. That it took me to age 46 to finally act on those impulses hopefully means something, however little. Now that my dark, shameful, secret desire is finally out there, I'm free to openly work on my problems and replace those negative impulses with positive ones. Again, I was wrong and I'm not making excuses. What I am doing is trying to understand myself better, understand why I've hated myself so much for so long, recover from my alcoholism and from my other addiction, and live a better life.

I want this process to be one of growth and improvement so I can return to society a better person who can contribute positively. I believe I was a contributing member of society before, but now I can return with confidence that I won't also be a danger.

One thing that scares me about prison is that prison will actually make me a worse person and a detriment to society. I'm afraid I won't be able to reintegrate with society. I've read several psychological studies showing that prison does more harm than good with respect to rehabilitation. I fully understand the need to punish me — I'm not arguing that. Prison is supposed to exist to protect society from those who are unwilling or unable to change, isn't it? I want to be better. I'm already on the way to doing so.

Aside from working on my rehabilitation, I've found other ways to keep my mind active and productive. I've taken it upon myself to try to improve inmate conditions at Muscatine County Jail. To that end, I played a part in getting a new housing section created for sex offenders, and I'm housed in that area today. I also started writing a novel. That's something I've always wanted to do but never seemed to find the time. It's taken


a lot of research and planning to get it going, but it's been really rewarding. So far I've written a little over 300 pages.

Regarding my sentence, Your Honor has written that if family wasn't a compelling enough reason to keep me from committing the crime in the first place, then you don't want to hear how they're such an important factor for me now. You're right. Three years ago my family wasn't enough to keep me from acting. As I sit here today, three years removed from my crime, I submit to you that I'm not entirely the same person I was then. The experiences, studies, and addiction recovery exercises I've gone through have helped me be better than I was. As cliché as it is, this is my Rock Bottom, and it took Rock Bottom for me to realize what I have.

It's with those changes in mind that I beg of you to please find a balance with the sentence you hand down. I beg of you to have mercy on me, my family, and specifically on my 78-year-old Mom. Her clinical depression has worsened over the past three years, and I accept the blame for that decline. It's a direct result of my actions. I ask you to see my sincere desire to be a better person and to be with my family. Like I said at the start, nothing I say or do can undo the hurt I caused my victim. All I can do is try to be a better person going forward. Please let me be a part of my daughter's life, embrace my family again, and work every day to make amends in any way I can. Please let me do that as much as possible out in the world. Please give me the chance to get home soon.

Thank you, Your Honor.

Sincerely,

Jason R. Heider