Dear Judge,

My name is David Heider. Jason R. Heider is my husband, and as a spouse that takes his marital vows seriously, I write this letter to plead his case and beg for the mercy of this court. Jason has from the day we first said "hello there", to the days of "Yes" and "To have and to hold", to the days of "Ashes to ashes", he has been my safe harbor and gilding light. I have seen him try and fail, and try and fail, and try again, to be his best and do whatever he needed to do to provide, not just for himself, but for everyone in his life.

I will not delude myself, and waste time by saying that Jason is an innocent man, that he's done nothing wrong. I will not say this is a scenario where no one got hurt. Nor will I pretend to have even a pebble of moral high ground to stand on, or even rest a toe on.

My Husband has always been a wonderful man to me and Susan, A caring father for his daughter, whom I myself have become quite attached to, and a devoted son to Pam (though troubled, it has never dulled her sense of love and generosity towards everyone is her life, past and present). Jason is also, like each of us are, a flawed person who struggled with improper coping skills, which has led to issues with addiction, and shame.

Shame has been a staple in the life of the gay man for generations uncounted and Jason is no exception to this. Our entire childhoods we are told that liking boys is bad. That it's sinful, unnatural, disgusting. We are told we are sick in the head, that we are not living a truly meaningful life, or are even worthy of living that life. I have been told that my marriage to him somehow invalidates the marriages of the older generations, that it's somehow different and works against the work that other couples have put into theirs. All these examples and more are reality for me, for Jason, and for gay people around the world and across time, and all these things and more are what set the stage for my husband, and continually color his life experiences, his choices, and how he deals with life and all its happenings. He has always struggled with his inner demons, but never before did he give into them.

I ask not that you absolve him of his crimes, but instead I beg of the court's mercy. He has always been nothing but a kind, sensitive, understanding, and hardworking man to everyone in his life, be it with his friends, clients, coworkers, and his family most of all. This is not a man who is not a danger to others, that much I know without a doubt and I believe with my entire being. The months while he was out on bail, he worked hard to keep life as normal as he could for me and his mom. In fact, while many things have changed, I'm surprised that relatively few things changed in regards to his normal routines and even his work ethic. Even with how bleak things were, he did all he could to lift our spirits, even just a little.

    Now I am not a medical expert. Nor an expert in human behavior, or much of anything else. But as someone who has been with him night and day for nearly a decade, I'd consider myself an honorary Master's degree in the field of Jason Richard Heider. From where I stand, Jason is a victim of Mr. Woods just as much as the children that has involved himself with. The term "seduction" comes to mind with Mr. Woods. Going from here to there, collecting the lost and neglected. Whispering hollow comforts to them, and murmuring empty promises or comfort and community to any that would listen. From what little I've been told of him, he is an arrogant man who seems to think that he is innately on the right side, and can do whatever he wants. However, the only comfort I need in regards to Mr. Woods is the knowledge that the justice system will do what does and put him away somewhere to be forgotten, most especially by those who have suffered from him.

    Those two men are not my only concern though, dear reader. But for the poor boys that were so unfortunate to be caught up in these happenings. My heart was hurt all over again to hear of the young boys that ended up caught up in this situation, like flies caught in a spider's web. What did they go through? What terrible things were done to them to make them believe that what was happening to them was something was in any way acceptable? These are questions that we may never have answers to. My thoughts, prayers, and intentions are with those boys and it is my greatest hope that those boys are given opportunities to heal, grow up, and go on to have normal and successful lives. If that is the greatest good that can come out of all of this, then that is enough.

    Lastly, once again and forever more, I beg of the court's mercy on my husband's behalf. He has shown remorse and regret for his actions and only wants to make things right for himself and the other victims of Mr. Woods. Jason wants to become better, for his own sake if nothing else. Please, dear judge, I ask you to meet him halfway and help make his idea of a reformed criminal a reality, to help him become a better person.

Warmest Regards

David Joseph Heider