To Whom It May Concern:

My name is Sarah Heider. I am Jason's only child. My dad is the best dad I could have ever asked for. Since the day I was born I've always been a daddy's girl. He took care of me during the day because my mom was in seminary. We lived in St. Paul, MN for the first two years of my life. I don't remember any of it, obviously, but I do remember all the stories I've been told over the years. From deciding I was ready to start walking at 9 months old because my parents had just finished hanging all the Christmas tree ornaments above crawling level to walking around the Mall of America pointing at the windows of stores and saying "Shoe! Shoe!". We moved to Wisconsin when I was a toddler. Many more memories were made there. One of my favorite stories is the game my dad made up called Chase the Chicken. He would put the "Little People" chicken in the driver's seat of my "Little People" school bus and have the bus chase me as I ran in a circle over and over again while he made chicken sounds. A memory I will always cherish is when my

dad would read me the book "There Are Rocks in My Socks, Said the Ox to the Fox". He made up a silly voice for each character in the story. He'd read the story the same way every time, which I loved. He had to read it so many times that he had the whole thing memorized! When I think of this memory I can still hear the silly voices in my head. I have kept that book to this day and will always cherish it. My dad has always had a love for Curious George, and that love was passed on to me. Curious George will always have a special place in my heart.

    My dad was never able to confide in anyone about his desire for young partners. I wish he could have felt safe enough to confide in someone because then maybe we wouldn't be in this situation. I understand the difficulty and not being able to talk with a professional in fear of CPS and/or the police getting involved. Maybe if that fear didn't have to exist he could have talked and worked through these desires before ever acting upon them. My dad has admitted to himself and everyone else that what he has done is wrong and knows that he needs to atone for his actions. The choices and actions he's made will forever affect the victims and their families,

all the trauma caused and counseling that will be needed. They will also affect his family and friends and everyone in their lives. I am disappointed in the choices that my father made and in the actions that he took. What he has done is not okay. But I will always love him. God forgives any and all sin and loves unconditionally. Though I am heartbroken by my father's choices, my unconditional love will always be there. My dad is my hero and I wouldn't trade him for the world.

    What I want for my dad now is to be able to start the healing process. To forgive himself just as God has, and to allow himself to work through his inner demons so that he can enjoy life. I want him to live the rest of his life at home with his loving husband. I dream of him walking me down the aisle some day. I want him to be able to meet his future grandchild(ren) and to hug them. Be there for them as he was always there for me. To read them stories in silly voices, make them laugh, lend them a shoulder when they're sad.

    I cannot wait for the day when I get to see my dad again. To wrap my arms around him and give him the biggest hug. To be

able to say to his face that I love him.

*Sarah B. Heider*

1/1/24 I have re-read and affirmed this letter.

*Sarah B. Heider*