October 10, 2022

To whom this may concern:

My name is Susan Elandt. I am Jason's ex-wife, mother of his only child, and his friend. Our marriage ended because Jason realized he was homosexual, but our love for each other has not and will not end. God saves us by faith through grace, and if the good Lord can love us in spite of our faults, then so can I. Love is unconditional, after all.

Jason continued to be an amazing father and coparent after our divorce. He financially provided for our daughter and kept a consistent placement schedule with me after we moved to different towns. He struggled with coming out, and with the feeling of letting us down, but living a lie is not an option. I preferred our new relationship and was thankful we were together long enough to have our "miracle baby", as it turns out I was unable to conceive again. We needed our Sarah. We needed each other too. We finished growing up together in our twenties and Jason provided the safety, security and that unconditional love.

He never confided in me his struggles with desiring young partners. I wish he could have opened up, because maybe I wouldn't have to be writing this letter. I understand the fear of seeking help though, when mention of the thought can cause a therapist to call CPS, or the police, and land him in jail. In all that we did together with Sarah, dance classes, Sunday school, children's theater, there was never a problem. Jason successfully fought his demons for a

long time. Not having anyone to guide him, though, must have eventually worn down his line between right and wrong, however, because he chose to take action on his impulses and that is heartbreaking. Heartbreaking to the young victims he used and their families who now have a long healing process to navigate. Heartbreaking to those of us who love Jason because our lives are forever changed by his actions. Heartbreaking to Jason himself, who fought for so long for what is acceptable and then failed himself. He needs to learn to live with the pain he caused others and to live with himself for making those choices.

My prayer for Jason now is that he will finally get the help he needed long ago. Now that he is forced, rightly so, to atone for his crimes, he can talk with someone, a trained therapist, who can help him process his own childhood traumas, and the other things in his life that caused him to act so selfishly. With a support system in place, and time to learn to trust himself, Jason can again be a productive member of society and return home to his family who will continue to love him through this. I pray he isn't away from us for too long. He has a debt to pay and wrongs to right, but he does deserve a life after that is done. Thank you for listening.

1/2/24
I have reviewed and affirm these words.
Susan M Elanoff

Susan M Elanoff